```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                            JAN - 4 2022

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,         )<br>                             )<br>    vs.                      )<br>                             )<br> Marco Antonio Flores,       )<br>                             )<br>         Defendant.          )<br>_____) | Case No.: CR 20-0455-DMG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on mental-health issues, inconsistent statements concerning

1 residence and parents' residence, instant allegations include
2 failure to report and failure to appear for drug testing, possible
3 ongoing substance abuse
4 and/or
5 B.  (✓) The defendant has not met (his)/her burden of establishing by
6 clear and convincing evidence that (he)/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: apparent ongoing substance abuse and mental-health
10 concerns

14    IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: Jan. 4, 2022              /s/ Jean Rosenbluth
18                                  JEAN ROSENBLUTH
                                    U.S. MAGISTRATE JUDGE

2