FILED
CLERK, U.S. DISTRICT COURT

NOV - 9 2022

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.: CR 20-0455-DMG
                                    )
             Plaintiff,             )
                                    )
      vs.                           )   ORDER OF DETENTION AFTER HEARING
                                    )   [Fed. R. Crim. P. 32.1(a)(6);
                                    )   18 U.S.C. § 3143(a)]
Marco Antonio Flores,               )
                                    )
             Defendant.             )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior revocation, ongoing substance abuse, failure—

1 | ~~to report allegations,~~

and/or

5 B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _ongoing substance abuse, apparent multiple recent car accidents_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _Nov. 9, 2022_  _/s/ Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2